UNITED STATES of America,
Plaintiff–Appellee,

v.

Virginia RIOJAS, Defendant–Appellant.

No. 02–20727.
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

Before JONES, WIENER, and
BENAVIDES, Circuit Judges.

PER CURIAM.*

Court-appointed counsel for Virginia Riojas has moved for leave to withdraw from this appeal and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Riojas has filed a response to the motion, contending that the district court erred in determining her sentence and that the evidence was insufficient to link her to the drug offense for which she was convicted.

---

Our independent review of the brief, the record, and Riojas' response discloses no nonfrivolous issue for appeal. Riojas waived the right to appeal her sentence, without exception. The sentencing issues she asserts are waived. *See United States v. Melancon,* 972 F.2d 566, 567 (5th Cir. 1992). Riojas' knowing and voluntary guilty plea waived any argument that the evidence was insufficient to connect her with the offense. *See Nobles v. Beto,* 439. F.2d 1001, 1002 n. 1 (5th Cir.1971).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.